1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  HARVEY RAY JOHNSON,       )        NO. CV 12-3723-MMM (MAN)

12                Petitioner,  )

13       v.              )        JUDGMENT

14  R. PHILIP GUTIERREZ,      )

15                Respondent.  )

16

17

18     Pursuant to the Court's Order Accepting Findings and Recommendations of United States

19  Magistrate Judge,

20

21     IT IS ADJUDGED that this action is dismissed with prejudice.

22

23  DATED: January 15, 2014

24

25  MARGARET M. MORROW
    UNITED STATES DISTRICT JUDGE

26

27

28